IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–19–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAMUS LEO REDFOX, | |
| Defendants. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendations in this matter on August 25, 2020.  (Doc. 41.)  Neither party objects, and so the Court will review for clear error.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Judge DeSoto recommended this Court accept Ramus Leo Redfox's guilty plea after Redfox appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to distribute cocaine in violation of 21 U.S.C. § 846, as set forth in Count I of the Indictment.

The Court finds no clear error in Judge DeSoto's Findings and Recommendation, and adopts them in full, including the recommendation to defer

acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. Accordingly,

IT IS ORDERED that the Findings and Recommendations (Doc. 41) is ADOPTED in full. Ramus Leo Redfox's motion to change plea (Doc. 27) is GRANTED and Redfox is adjudged guilty as charged in Count I of the Indictment.

DATED this 10th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court