IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMUS LEO REDFOX,<br><br>Defendant. | CR 20–19–M–DLC<br><br><br><br>ORDER |

Due to the COVID-19 outbreak, and upon the Court's Own Motion,

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, December 11, 2020 at 1:30 p.m. is VACATED and RESET to commence via video from Crossroads Correctional Center on Friday, December 11, 2020 at 1:30 p.m. Counsel may appear in the courtroom prior to the hearing to video conference with Defendant. If the Defendant objects to this hearing being held via video, he must file a motion to continue the hearing by Wednesday, December 9, 2020 at noon to allow time for the Defendant to be transported.

The Clerk shall notify counsel and the U.S. Marshals Service of this Order.

DATED this 2nd day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court